[L. A. No. 10624. In Bank.—March 30, 1931.]

THE PACIFIC TELEPHONE AND TELEGRAPH COMPANY (a Corporation), Respondent, v. COUNTY OF LOS ANGELES, Appellant.

Everett W. Mattoon, County Counsel, and W. Sumner Holbrook, Jr., Deputy County Counsel, for Appellant.

Pillsbury, Madison & Sutro and Lawler & Degnan for Respondent.

THE COURT.—This is one of the cases consolidated on appeal with *Southern California Telephone Co.* v. *County of Los Angeles* (L. A. No. 10625), *ante,* p. 121 [298 Pac. 9], the opinion in which was this day filed. ██ On the authority of that decision, the judgment is reversed.